No. 05–7550.  WORRELL *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 05–7555.  KESSELL *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 05–7557.  BATTLE *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 05–7560.  CRAWFORD *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 05–7564.  DRAGON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 05–7565.  DEBARROS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–7567.  RED ELK *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 05–7568.  ROSALES-RIVERA *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 05–7569.  SANCHEZ-PENA *v.* UNITED STATES BERNAL-ISLER *v.* UNITED STATES; ARELLANO-RIOS *v.* UNITED STATES; CISNEROS-CAVAZOS *v.* UNITED STATES; MARTINEZ-ESPARZA *v.* UNITED STATES LOPEZ-TOVAR *v.* UNITED STATES ZELAYA-VASQUEZ *v.* UNITED STATES DURAN-GOMEZ *v.* UNITED STATES RAMOS-LUCAS *v.* UNITED STATES ROMERO RODRIGUEZ *v.* UNITED STATES and LOPEZ-CRUZ *v.* UNITED STATES C. A. 5th Cir.  Certiorari denied.

No. 05–7572.  SANTOS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–7574.  RAMIREZ *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 05–7575.  REEDY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.